DANIEL G. BOGDEN
United States Attorney
District of Nevada

SUNDEEP R. PATEL, SBN CAL 242284
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8981
Facsimile: (415) 744-0134
E-Mail: Sundeep.Patel@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY PERRYMAN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No. 2:14-cv-01951-GMN-GWF<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(***FIRST REQUEST***) |

Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file its Opposition to Plaintiff's Motion for Reversal and/or Remand to May 22, 2015; and that any reply by plaintiff will be due June 5, 2015.

An extension of time is needed because Defendant's counsel was on leave from March 17 – April 6 and is on work travel from April 13 – April 20.  This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on April 14, 2015.

Respectfully submitted this 14th day of April 2015.

DANIEL G. BOGDEN
United States Attorney

*/s/ Sundeep R. Patel*
SUNDEEP R. PATEL
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 15, 2015