UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EMILY PERRYMAN,<br><br>              Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br><br>              Defendant. | Case No.:  2:14-cv-01951-GMN-GWF<br><br>**ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE GEORGE FOLEY, JR.** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 24) of the Honorable George Foley, Jr., United States Magistrate Judge, entered April 4, 2016.

      Pursuant to Local Rule IB 3-2(a), objections were due by April 21, 2016.  No objections have been filed.  In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge George Foley, Jr.'s Recommendation should be accepted.

      Accordingly,

      **IT IS ORDERED** that the Report and Recommendation (ECF No. 24) is **ACCEPTED**.

      **IT IS FURTHER ORDERED** that the Motion for Reversal and/or Remand (ECF No. 15) is **DENIED**.

      **IT IS FURTHER ORDERED** that the Cross-Motion to Affirm (ECF No. 18) is **GRANTED**.

///

///

///

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case and enter judgment accordingly.

**DATED** this \_\_23\_\_ day of August, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court